# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:18cr76-RH-CAS

SCOTT CHARLES MADDOX and
JANICE PAIGE CARTER-SMITH,

    Defendants.

_____/

## ORDER CONTINUING SENTENCING

The defendants' unopposed motions to continue the sentencings, ECF Nos. 201 and 202, are granted. The sentencings are rescheduled for May 22, 2020, at 9:00 a.m.

SO ORDERED on January 11, 2020.

                s/Robert L. Hinkle
                United States District Judge